JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LARRY L. HOBBS, | ) Case No. CV 07-06578-MLG |
|        Plaintiff, | ) |
|    vs. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|        Defendant. | ) |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings consistent with the accompanying Memorandum Opinion and Order.

DATED: June 20, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge